UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENTRELL D. WELCH,

    Plaintiff

v.

WILLIAM GITTERE, et al.,

    Defendants

Case No.: 3:23-cv-00010-CSD

**Order**

Re: ECF Nos. 26, 27

On September 20, 2023, Defendants filed an early motion for summary judgment arguing that Plaintiff failed to exhaust available administrative remedies before filing this lawsuit. (ECF No. 23.) On September 25, 2023, Plaintiff filed a response. (ECF No. 25.) That same day, Plaintiff also filed a document titled as: "Challenge to NDOC AR 740 procedure pursuant to PLRA 42 U.S.C. § 1997e(a) de facto unavailable grievance process" (ECF No. 26) as well as an exhibit, consisting of Nevada Department of Correction's (NDOC) Administrative Regulation (AR) 740 with an effective date of April 28, 2022. (ECF No. 27.) Defendants filed a reply in support of their motion for summary judgment. (ECF No. 28.) Defendants also filed a response to Plaintiff's filing at ECF No. 26, requesting that the filing be stricken. (ECF No. 29.) Plaintiff filed a reply in support of that filing. (ECF No. 30.)

    The Local Rules for the District of Nevada provide for the filing of a motion, a response, and reply. LR 7-2. Supplementation of a motion, response, or reply brief is prohibited without leave of court. The rule specifically provides that the court may strike supplemental filings made without leave of court. LR 7-2(g).

Plaintiff filed his response to Defendants' motion, but then also filed the challenge to AR 740 in ECF No. 26. This filing specifically relates to Defendants' argument that Plaintiff failed to exhaust his administrative remedies before filing this action. Therefore, the court construes it as a supplemental brief to his response to Defendants' motion. Plaintiff did not seek leave of court in connection with this filing. Therefore, the court will strike ECF No. 26 as improper under Local Rule 7-2(g). Plaintiff's filing of ECF No. 27 is likewise improper, as he should have included any relevant exhibits with his response to Defendants' motion. Therefore, this is a supplemental exhibit, and it will also be stricken. Notably, the version of AR 740 filed by Plaintiff at ECF No. 27 was also provided as an exhibit to Defendants' motion, so it was unnecessary to file another copy of it with the court.

## CONCLUSION

Plaintiff's filings at ECF Nos. 26 and 27 are hereby **STRICKEN**.

**IT IS SO ORDERED**.

Dated: April 17, 2024

_____
Craig S. Denney
United States Magistrate Judge