**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KENTRELL D. WELCH,

Plaintiff,

v.

WILLIAM GITTERE, et al.,

Defendants.

Case No.: 3:23-cv-0010-CSD

USCA No. 24-2635

**ORDER ON MANDATE**

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on June 25, 2026, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated: July 21, 2026.

CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE